# Court of Appeals
# of the State of Georgia

ATLANTA,___April 01, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1106.  RODERICK HOWARD v. THE STATE.**

Roderick Howard was indicted for burglary in 1995, and his case was placed on the dead docket in 1996.  Years later, he filed a motion to dismiss the indictment on speedy-trial grounds.  The trial court denied his motion, and Howard filed this direct appeal.  We, however, lack jurisdiction.

Although Howard's case has been dead-docketed, it apparently has not been dismissed.  See *State v. Creel*, 216 Ga. App. 394 (454 SE2d 804) (1995).  Because the case remains pending below, the trial court's order rejecting his speedy-trial claim was interlocutory.  See *Sosniak v. State*, 292 Ga. 35 (2) (734 SE2d 362) (2012).  Accordingly, Howard was required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain immediate appellate review.  Because Howard failed to follow the required appellate procedure, his appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 04/01/2014_____
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*